AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
January 13, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Marlene Villarreal__
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Julia REYES-Guillen | ) | Case No. **EP:21-M-52-1 MAT** |
| | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 11, 2021  in the county of  El Paso  in the
Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001(a)(2) | Statements or entries generally- makes materially false, fictitious, or fraudulent statement or representation. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Felix J. Castaneda, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

_____
Judge's signature

Date: 01/13/2021

City and state:  El Paso, Texas   Miguel A. Torres - U.S. Magistrate Judge
Printed name and title

Complaint sworn to telephonically on
 1:00 P.M.  and signed electronically.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

Affidavit

On January 11, 2021, Julia REYES-Guillen walked across the Rio Grande approximately 3.1 miles west of the Ysleta Port of Entry, in El Paso, Texas which is located in the Western District of Texas. REYES was encountered by United States Border Patrol (USBP) and REYES identified herself as an unaccompanied child (UAC) (DOB: 06/23/2003) from Honduras. Due to identifying herself as a UAC, REYES was transported to the El Paso Sector (EPT) Central Processing Center (CPC) for determination of placement.

Upon arriving to the CPC, BP Agent Jesus Ramirez provided REYES with her Miranda Rights (CBP Form 2100) in the Spanish language, and REYES stated he understood her rights and signed the form and agreed to speak with BP Agent Ramirez.

BP Agent Ramirez also presented REYES with Title 18 USC 1001 - Providing False Statements form in the Spanish language. REYES stated she understood Title 18 USC 1001 Warning, and she signed the form.

During the interview REYES claimed to be a juvenile born on June 23, 2003. Upon further questioning REYES admitted to presenting a fictitious birth certificate. REYES stated she was born on February 19, 2001. REYES stated she presented herself as a juvenile with the fraudulent birth certificate, because she would have a better opportunity to be released into the United States.

Case Agent: Felix J. Castaneda